Carolyn Yvonne Murphy TAYLOR, Plaintiff—Appellant,

v.

Walter TODD, Esq., in his official capacity as Assistant City Attorney and his individual capacity; Dana Marie Thye, Esq., in her official capacity as Assistant City Attorney and her individual capacity; Hunter P. Swanson, Esq., in her official capacity as Assistant City Attorney and her individual capacity, Defendants—Appellees,

and

Charles Austin, in his official capacity as City Manager and his individual capacity; Donnie Balzeigler, in his official capacity as Code Enforcement Officer and his individual capacity;

City of Columbia, Larry McCall, in his official capacity as Chief Code Enforcement Officer and his individual capacity, Defendants.

No. 08–1372.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2008.

Decided: Aug. 25, 2008.

Carolyn Yvonne Murphy Taylor, Appellant Pro Se. Robert Gordon Cooper, Office of the City Attorney, Columbia, South Carolina, for Appellees.

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carolyn Yvonne Murphy Taylor appeals the district court's order accepting in part and declining in part the magistrate judge's recommendation, and dismissing her action filed under 42 U.S.C. § 1983 (2000) and the South Carolina Torts Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Taylor v. Todd,* No. 3:07–cv–00983–JFA–JRM, 2008 WL 612779 (D.S.C. Feb. 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in

---

\* We deny Copeland's pro se motion for copies of documents.

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Lawrence Verline Wilder, Sr., appeals the district court's orders denying his motion to reopen a civil action and denying his Fed.R.Civ.P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilder v. Gage,* No. 1:97–cv–02354–FNS (D. Md. Dec. 5, 2007; Dec. 17, 2007). Wilder's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*